① US District Court #1

Nicholas F. Romasco

vs.

United States Army

04-11007 MEL

Complaint  Referred to MJ JGDein

On May 10th, 2004 I left my house at 23 Golden Age Circle with 2 of my freinds I told my freinds that I wanted to enlist in the United States Army. I drove my electric wheelchair from Everett to Boston. When we arrived at the army recruting office my girlfreind stayed out front to watch the bikes and my other freind Anthony who was interested in someday enlisting in the army came in with me. There were two army recruting officers sitting there chatting. One officer looked

4).

The truth is something has to be done. No matter what way you look at it the Army is discriminating against handicapped because nothing has been done to make any steps of change of some sort of mainstreaming. We have the most powerful government in the world, if somebody can change this issue we could. It's time to start intergrating to become stronger. I not asking for money I just want a chance. It is rediculas when you forced to sign up for the draft but cannott enlist in the army, that very controlling. ~~They~~ Now is the time the army must realize what discrimination is and It will be dealt with

Nicholas F Rivers ~~Jr~~
33 golden age Circle
05/18/2004  Everett MA
              02149

<1>

<1>

<1>surprized to see me there. He asked me if he could help me. I said, "I hope so!" I said my name is Nicholas F. Rounisco and I was Interested in enlisting into the army. He said I'm sorry we have certain rules and guidelines that you must Fit physical requirements. I said there must be jobs that I can do like office work or any other job that's not working on the front line. He said sorry I can't help you It's the Laws. So I cannot ever recieve the G.I bill in my life time or work for my Government and recieve any benifits. Because I was Born physically challenged. That Is very discriminating. this has been the third time in ten years that I've been discriminated by the Army. there are laws of Discriminating. And this

③ Is the Last time I'll accept it. Now I'm older and wiser and standing up for my Rights as a human being. I've Met president Clinton in 1993 at the White House while he signed a bill to Keep School to Work programs Funded and he told me to Keep doing the great work that I was doing. Never let anything stand in my way of whats right. And Some day I could be President. I took that advise very personally because he said it just to me. Laws of Escessability and Mainstreaming have been taking into affect in the past decade alot of Old ways are changing to make sure our Constitution gives Equal Rights to all human beings.