# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**NICHOLAS ROMASCO**
        **Plaintiff**

**V.**

**UNITED STATES ARMY**
        **Defendant**

**CIVIL ACTION**

**NO.   04-11007-MEL**

## ORDER OF DISMISSAL

**LASKER, S.D. J.**

Pursuant Local Rules of this Court and in accordance with the Memorandum and Order issued on  **August 18, 2004**  , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

        By the Court,

**November 10, 2004**                    **/s/ George H. Howarth**
       Date                             Deputy Clerk

(Order of dismissal.wpd - 12/98)                                      [odismr41.]